IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:22-cr-00016-MR-WCM
CRIMINAL CASE NO. 1:23-cr-00037-MR-WCM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| SHAWN THOMAS JOHNSON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's *pro se* "Motion for Reconsideration" [Case No. 1:22cr16, Doc. 109; Case No. 1:23cr37, Doc. 32].

By the present motion, the Defendant moves for reconsideration of the Order striking his *pro se* filings. [Case No. 1:22cr16, Doc. 106; Case No. 1:23cr37, Doc. 30]. The Court finds no basis in fact or in law to reconsider its prior Order. Accordingly, the Defendant's motion for reconsideration is denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's *pro se* "Motion for Reconsideration" [Case No. 1:22cr16, Doc. 109; Case No. 1:23cr37, Doc. 32] is **DENIED**.

**IT IS SO ORDERED.**

Signed: February 5, 2024

Martin Reidinger
Chief United States District Judge

2